# Court of Appeals
# of the State of Georgia

ATLANTA,  May 18, 2020

*The Court of Appeals hereby passes the following order:*

**A20A0207. IN THE INTEREST OF G. T. T. (a child)**
**A20A0208. IN THE INTEREST OF H. T. T. (a child)**

On March 30, 2018, this Court granted the mother's discretionary appeal from the juvenile court's order terminating her parental rights. Thereafter, the mother filed a timely appeal. After a thorough review of the record, we conclude that the discretionary application was improvidently granted. Accordingly, we DISMISS the appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/18/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*